IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOHN and JAYNE CUNNINGHAM

    Plaintiff,

V                                        Case No. 0:10-cv-61245

P & B CAPITAL GROUP, LLC.,

    Defendant.

_____/

**INTERIM JOINT STATUS REPORT**

1. Have all the defendants been served an answered the Complaint? If no, state the reason(s) for the failure to do so.

   **ANSWER: Yes.**

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

   **ANSWER: N/A. This case is not a class action suit.**

3. Are there any motions pending? If so, indicate the status of each motion separately.

   **ANSWER: No**

4. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

   **ANSWER:**    **Yes. Document 9 filed on October 22, 2010 re: Notice of Mediator Selection.**

5. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order of Referral to Mediation and submitted it to the Court? If not, state the reason(s) for failure to do so.

   **ANSWER: Plaintiff has not completed the form Order of Referral to Mediation because the parties are still confirming the mediation date and time with their clients. However, the parties have agreed to have the mediation completed by the mediation deadline February 5, 2011.**

6. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

   **ANSWER: The parties have not engaged in informal settlement negotiations. Normally, the Plaintiff is coming to a position of weakness if he seeks to settle his own case. The outcome is always better if the Defendant is first to approach a settlement.**

7. If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

   **ANSWER: The parties have conferred and will not agree to trial before a Magistrate.**

Dated: December 23, 2010

| | |
|---|---|
| s/Brian P. Parker | s/Dale T. Golden |
| LAW OFFICES OF BRIAN P. PARKER, PC | GOLDEN & SCAZ, PLLC |
| Brian P. Parker (0980668) | Dale T. Golden (094080) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Ste. 1580 | 2124 W. Kennedy Blvd., Ste. A |
| Bingham Farms, MI 48025 | Tampa, FL 33606 |
| Tel: (248) 642-6268 | Tel: (813) 251-5500 |
| Fax: (248) 642-8875 | Fax: (813) 251-3675 |
| brianparker@collectionstopper.com | dale.golden@goldenscaz.com |